UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

MARK E. MESSER,

    Plaintiff,

v.                              Civil Action no. 2:18-cv-00524

ROBERT JOHNSON, individually, and
COUNTY COMMISSION OF LOGAN COUNTY,
a political subdivision of the
State of West Virginia,

    Defendants.

## ORDER AND NOTICE

Pursuant to L.R. Civ. P. 16.1, it is ORDERED that the following dates are hereby fixed as the time by or on which certain events must occur:

| Date | Event |
|---|---|
| 05/10/2018 | Motions under F.R. Civ. P. 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to L.R. Civ. P. 7.1 (a)). |
| 05/21/2018 | Last day for Rule 26(f) meeting. |
| 05/28/2018 | Last day to file Report of Parties' Planning Meeting. See L.R. Civ. P. 16.1. |
| 06/08/2018 | Scheduling conference at 9:30 a.m. at the Robert C. Byrd United States Courthouse in Charleston, before the undersigned, unless canceled. Lead counsel directed to appear. |
| 06/13/2018 | Entry of scheduling order. |
| 06/19/2018 | Last day to serve F.R. Civ. P 26(a)(1) disclosures. |

The Clerk is requested to transmit this Order and Notice to all counsel of record and to any unrepresented parties.

DATED: April 20, 2018

*John T. Copenhaver, Jr.*
United States District Judge